# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 3/2/2026 |
| Case: 26−03515 | Form ID: 309F1 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Suburban Downs, Inc. | 3501 S. Laramie Avenue | Stickney, IL 60804 |
| aty | Barry A Chatz | Saul Ewing Arnstein & Lehr LLP   161 North Clark Street   Suite 4200   Chicago, IL 60601 | |
| smg | Department of the Treasury | Internal Revenue Service   P.O. Box 7346   Philadelphia, PA 19101 | |
| smg | Internal Revenue Service | Mail Stop 5014CHI   230 S. Dearborn Street, Room 2600   Chicago, IL 60604 | |
| 31920146 | Aria Group Architects, Inc | 830 North Blvd   Oak Park, IL 60301 | |
| 31920150 | CDI, Inc | 600 Hurstbourne Pkwy, Ste   400 Louisville, KY 40222 | |
| 31920153 | Caesar's | 4811 Versailles Rd   Lexington, KY 40510−9744 | |
| 31920194 | Carey White Boland Murnighan & Murray, LLC | 33 W Jackson Blvd, 5th Fl   Chicago, IL 60604 | |
| 31920199 | Croke Fairchild Duarte & Beres LLC | 180 N LaSalle St, Ste 3400   Chicago, IL 60601 | |
| 31920195 | Del Mar Thoroughbred Club | 2260 Jimmy Durante Blvd   Del Mar, CA 92014−0700 | |
| 31920144 | Fanatics, LLC | 8100 Nations Way   Jacksonville, FL 32256 | |
| 31920151 | Horseracing Integrity | 401 W Main St, Ste 222   Lexington, KY 40507 | |
| 31920142 | Internal Revenue Service | P.O. Box 7346   Philadelphia, PA 19101 | |
| 31920152 | Laurel | P.O. Box 130   Laurel, MD 20725 | |
| 31920143 | Mail Stop 5014CHI | 230 S. Dearborn Street, Room 2600   Chicago, IL 60604 | |
| 31920192 | Meadowlands | 50 State Rte 120   E Rutherford, NJ 7073 | |
| 31920145 | Monarch Content Management | 285 W Himting Dr   Arcadia, CA 91007 | |
| 31920196 | NYRA | P.O. Box 95000−3820   Philadelphia, PA 19195−0001 | |
| 31920198 | PARX | P.O.Box 1000   Bensalem, PA 19020−2096 | |
| 31920197 | Penn National | Box 32   Grantville, PA 17028 | |
| 31920148 | Roberts Communications Network, LLC | 4075 Volunteer Blvd   Henderson, NV 89044−1845 | |
| 31920200 | Tampa Bay Downs | 11225 Race Track Rd   Tampa, FL 33626 | |
| 31920147 | WE O'Neil Construction Co | 1245 W Washington Blvd   Chicago, IL 60607 | |
| 31920201 | Waste Management | P.O. Box 4648   Carol Stream, IL 60197−4648 | |
| 31920149 | Woodbine Thoroughbred | P.O. Box 156   555 Rexdale Blvd   Etobicoke, ON M9W 5L2   Canada | |
| 31920193 | constellation New Energy, Inc | P.O. Box 4640   Carol Stream, IL 60 I 97 | |

TOTAL: 26